UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

INVISION PRODUCTION

              Plaintiff(s),

VS.                                              2:01-CV-858-JCM-LRL

GLEN LERNER ET AL

              Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

    The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: December 28, 2010

                                                  **U.S. DISTRICT JUDGE**